**EXHIBIT**
**A**

**PLACEHOLDER**

**Summons and Complaint (as served on Liberty)**